## Case Information

BARNES, GARRY vs. RURAL WATER DISTRICT #4

| | |
|---|---|
| Case Identifier | Wagoner OK — CJ-2015-00062 |
| Type of Case | Civil Cases in which the relief sought exceeds $10,000 |
| Date Filed | 02/23/2015 |
| Amount Owed | $0.00 (as of 12/07/2015 01:47pm) |

## Offense or Cause

# WRONGFUL TERMINATION

## Parties Involved

| | |
|---|---|
| Judge | SHEPHERD, DARRELL *of Wagoner OK* |
| Attorney | RIFFE, H DUANE *of Tulsa OK* |
| Defendant | RURAL WATER DISTRICT #4 |
| Plntf Atty. | MCHUGH, BRENDAN M *of Claremore OK* |
| Plaintiff | BARNES, GARRY *of Boynton OK* |
| Attorney | HITT, BRION *of Oklahoma City OK* |

## Case entries

| Date | Description | Amount | Images |
|---|---|---|---|
| 02/23/2015 | PETITION ($10,001 OR MORE) | $163.00 | 2 images |
| | (Entry with fee only) | $6.00 | |
| | (Entry with fee only) | $2.00 | |
| | Oklahoma Court Information System Fee - Effective 07/01/04 | $25.00 | |
| | LENGTHY TRIAL FUND FEE | $10.00 | |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $5.00 | |
| | 10% OF CASA TO COURT CLERK REVOLVING FUND | $0.50 | |
| | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $2.00 | |
| | 10% OF COJC TO COURT CLERK REVOLVING FUND | $0.20 | |
| 02/23/2015 | ENTRY OF APPEARANCE | | 1 image |
| 02/23/2015 | ISSUE SUMMONS | $5.00 | 1 image |
| 08/27/2015 | PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO EFFECT SERVICE UPON DEFENDANT | | 2 images |

EXHIBIT 1

| | | | |
|---|---|---|---|
| | DEFENDANT | | images |
| 08/28/2015 | ORDER GRANTING EXTENSION OF TIME | | 1 image |
| 09/16/2015 | SPECIAL ENTRY OF APPEARANCE AND MOTION TO DISMISS | | 3 images |
| 09/21/2015 | CERT OF SERVICE | | 2 images |
| 10/08/2015 | ORDER FOR HEARING ON 11-2-15 @ 9 AM | | 2 images |
| 10/26/2015 | PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT'S | | |
| | MOTION TO DISMISS | | 6 images |
| 11/02/2015 | ds/min 11-02-15 civ dkt (shepherd): d.riffe ph'd; stricken as moot | | |
| 11/16/2015 | ENTRY OF APPEARANCE | | 2 images |
| 11/16/2015 | MOTION TO DISMISS & BRIEF IN SUPPORT OF DEFENDANT RURAL WATER DISTRICT #4 | | 9 images |
| 11/30/2015 | FIRST AMENDED PETITION | | 7 images |
| 12/07/2015 | PLTF'S RESPONSE TO DEFT'S MOTION TO DISMISS | | 2 images |
| **Grand Total** | | $218.70 | |

## Calendar events

| Date | Time | Description |
|---|---|---|
| 11/02/2015 | 9:00am | CIVIL DOCKET SHEPHERD |
| 01/04/2016 | 9:00am | CIVIL DOCKET SHEPHERD |

## Receipts

| Date | Description | Amount |
|---|---|---|
| 02/23/2015 | R1-279850 FLYNN LAW FIRM | $218.70 |
| **Grand Total** | | **$218.70** |